# ARMED SERVICES BOARD OF CONTRACT APPEALS

Appeal of -- )
)
Sikorsky Aircraft Corporation ) ASBCA No. 61413
)
Under Contract No. W58RGZ-12-C-0008 )

APPEARANCE FOR THE APPELLANT: John E. McCarthy, Jr., Esq.
  Crowell & Moring LLP
  Washington, DC

APPEARANCES FOR THE GOVERNMENT: Raymond M. Saunders, Esq.
  Army Chief Trial Attorney
  LTC Andrew J. Smith, JA
  Trial Attorney

## ORDER OF DISMISSAL

The dispute has been settled. The appeal is dismissed with prejudice.

Dated: June 6, 2018

RICHARD SHACKLEFORD
Administrative Judge
Vice Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 61413, Appeal of Sikorsky Aircraft Corporation, rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals